# Court of Appeals
# of the State of Georgia

ATLANTA,  June 18, 2019

*The Court of Appeals hereby passes the following order:*

**A19E0055.    STEPHEN FOX et al. v. TRICOUNTY REAL ESTATE PROPERTY MANAGEMENT.**

Stephen Fox has filed this emergency motion for an extension of time to file a discretionary application to appeal an adverse dispossessory judgment entered in favor of Tricounty Real Estate Property Management.  Under Court of Appeals Rule 31 (i), "[n]o extensions of time will be granted to file a discretionary application unless a motion for extension is filed on or before the application due date."

Pursuant to OCGA § 44-7-56, Fox was required to file a discretionary application within seven days of the date the dispossessory judgment was entered. Here, the dispossessory judgment was entered on May 22, 2019; Fox's emergency motion and amendment to the motion were accepted as "filed" on June 11, 2019. Because Fox's amended emergency motion was thus untimely filed, said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  06/18/2019*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*